# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2338
_____

TYRONE IVEY, JR.,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Madison County.
Wesley R. Douglas, Judge.

October 13, 2025


PER CURIAM.

   AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tyrone Ivey, Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.